**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Chris West
   P.O. Box 795
   Hayneville, AL 36040

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Chris West
B. Date of Delivery: 8-15-06
C. Signature: X Kimberly West — ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CV701-ID

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number: 7005 0390 0000 5269 7719

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952