IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv701-ID |
| v. | ) |
| | ) |
| **CHRIS WEST, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Defendants' motion to dismiss, filed September 5, 2006, (Doc. No. 5), it is ORDERED that Plaintiff show cause, if any there be, on or before September 19, 2006, why said motion should not be granted.

Done this 6th day of September, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE