IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-cv-701-ID-CSC |
| | ) |
| **CHRIS WEST, in his individual capacity,** | ) |
| **LASHUN HUTSON, in his individual capacity** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Lowndes County, Alabama, Sheriff's Deputies Chris West and Lashun Hutson, the Defendants in the above-styled action. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Daryl L. Masters will continue to represent Defendants Lowndes County, Alabama, Sheriff's Deputies Chris West and Lashun Hutson.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Lowndes County, Alabama, Sheriff's Deputies Chris West and Lashun Hutson.

Respectfully submitted this the 10th day of January, 2007.

                                              **s/Amanda Kay Morgan**
                                              AMANDA KAY MORGAN, Bar No. ALL079
                                              Attorney for Defendants
                                              WEBB & ELEY, P.C.
                                              7475 Halcyon Pointe Drive (36117)
                                              P.O. Box 240909
                                              Montgomery, Alabama  36124
                                              Telephone:  (334) 262-1850
                                              Fax:  (334) 262-1889
                                              E-mail:  amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on **January 10, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jay Lewis, Esq.**

                                          **s/Amanda Kay Morgan**
                                          **OF COUNSEL**