IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv701-ID |
| v. | ) |
| | ) |
| **CHRIS WEST, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of the motion to withdraw, filed on January 10, 2007 (Doc. No. 10), by Amanda Kay Morgan, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 11th day of January, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE