# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv701-ID |
| v. | ) |
| | ) |
| **CHRIS WEST, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff Richard Marshall's motion to amend complaint, filed May 29, 2007 (Doc. No. 13), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 29th day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE