IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

RICHARD MARSHALL,  )
                   )
    Plaintiff,     )
                   )
v.                 )  CASE NO. 2:06-cv-00701-ID-CSC
                   )
CHRIS WEST, ET AL.,)
                   )
    Defendants,    )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Chris West__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [x] This party is a governmental entity, or
- [x] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

6/20/2007                            (Signature)
Date                                 
                                     Daryl L. Masters
                                     (Counsel's Name)
                                     Chris West and Lashun Hutson
                                     Counsel for (print names of all parties)
                                     P.O. Box 240909
                                     Montgomery, Alabama 36124
                                     Address, City, State Zip Code
                                     (334) 262-1850
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ____Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE_____ 20_07_, to:

Jay Lewis, Esq.

_____6·20·07_____   _____[signature]_____
Date                  Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

RICHARD MARSHALL,  )
)
Plaintiff,  )
)
v.  )  CASE NO. 2:06-cv-00701-ID-CSC
)
CHRIS WEST, ET AL.,  )
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Lashun Hutson__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/20/2007
Date

(Signature)

Daryl L. Masters
(Counsel's Name)

Chris West and Lashun Hutson
Counsel for (print names of all parties)

P.O. Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code

(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __DARYL L. MASTERS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ____Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __JUNE_____ 20_07_, to:

Jay Lewis, Esq.

_6-20-07_
Date

_[signature]_
Signature