# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD MARSHALL,** | * | |
| | * | |
| v. | * | Civil Case No. 2:06-cv-701-ID-WO |
| | * | |
| **CHRIS WEST, in his individual capacity,** | * | |
| **LASHUN HUTSON, in his individual capacity** | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiff in the above-styled matter and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027:

This party is an individual.

Respectfully submitted this the _26th___ day of June, 2007.

/s/ Jay Lewis
JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-lewis@jaylewislaw.com
ASB-2014-E66J
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this__26th__day of June, 2007.

Gary C. Sherrer
Leura G. Canary
Stephen M. Doyle
James Pike

                                                 /s/ Jay Lewis
                                                 JAY LEWIS
                                                 P.O. Box 5059
                                                 Montgomery, AL 36103
                                                 Phone: (334) 263-7733
                                                 Fax: (334) 832-4390
                                                 J-lewis@jaylewislaw.com
                                                 ASB-2014-E66J