IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv701-ID |
| v. | ) |
| | ) |
| **CHRIS WEST, in his individual capacity,** | ) |
| **et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

On May 29, 2007, the court entered an order directing the parties to file a Rule 26(f) report containing the discovery plan no later than June 12, 2007, but the parties failed to do so. (Doc. No. 15.) The parties are DIRECTED to comply with the court's May 29 order on or before **July 26, 2007**, or risk imposition of sanctions.

DONE this 18th day of July, 2007.

                                                   /s/ Ira DeMent
                                                  SENIOR UNITED STATES DISTRICT JUDGE