**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD MARSHALL,** | * | |
| | * | |
| **v.** | * | **Civil Case No. 2:06-cv-701-ID-WO** |
| | * | |
| **CHRIS WEST, in his individual capacity,** | * | |
| **LASHUN HUTSON, in his individual capacity** | * | |
| **Defendants.** | * | |

## NOTICE OF APPEARANCE

COMES NOW Carol Gerard to enter her appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that she be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __8th__ day of August, 2007.

/s/ CAROL GERARD_____
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Daryl Masters
Gary Willford

/s/ CAROL GERARD_____
Carol Gerard

1

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G