IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** * | |
| **Plaintiff,** * | |
| v. * | Civil Case No. 2:06-cv-701-ID-WO |
| * | |
| **CHRIS WEST, in his individual capacity,** * | |
| **LASHUN HUTSON, in his individual capacity** * | |
| **Defendants.** * | |

## MOTION TO WITHDRAW

**COMES NOW** Carol Gerard, co-counsel for Plaintiff, to respectfully request that the Court allow her to withdraw from this case and would show unto the Court as follows:

1. As of October 10, 2007, Carol Gerard will no longer be associated with the Law Offices of Jay Lewis, L.L.C.

2. Plaintiff will not be prejudiced or placed in a hardship upon the granting of said motion.

3. Attorney Jay Lewis of the Law Offices of Jay Lewis, LLC will continue as counsel for Plaintiff.

WHEREFORE THESE PREMISES CONSIDERED, the undersigned co-counsel for Plaintiff prays that this Court will grant her motion to withdraw from the case.

RESPECTFULLY SUBMITTED on this the __2nd__ day of October, 2007.

/s/ CAROL GERARD
Carol Gerard
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com

ASB-1075-L66G

## CERTIFICATE OF SERVICE

     I hereby certify that on October 2, 2007, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

Daryl Masters
Gary Willford

                                          /s/ CAROL GERARD
                                          Carol Gerard
                                          Law Offices of Jay Lewis, LLC
                                          P.O. Box 5059
                                          Montgomery, AL 36103
                                          (334) 263-7733 (Voice)
                                          (334) 832-4390 (Fax)
                                          carolgerard@JayLewisLaw.com
                                          ASB-1075-L66G