IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CV-701-ID |
| ) | |
| CHRIS WEST, in his individual ) | |
| capacity, and LASHUN HUTSON, ) | |
| in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon CONSIDERATION of Carol Gerard's Motion to Withdraw as co-counsel for Plaintiff (Doc. No. 24, filed October 2, 2007), and for good cause shown, it is ORDERED that said Motion be and the same is hereby GRANTED.

DONE this 3rd day of October, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE