# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Case No. 2:06-cv-701-ID-CSC |
| | * |
| **CHRIS WEST, in his individual capacity,** | * |
| **LASHUN HUTSON, in his individual capacity** | * |
| | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

COMES NOW Fred Clements to enter his appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the 13th day of November, 2007.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
fredclements@JayLewisLaw.com
ASB-5682-R39C

**CERTIFICATE OF SERVICE**

       I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 13th day of November, 2007.

Daryl Masters
Gary Willford
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, AL 36124

                                              /s/ FRED CLEMENTS
                                              Fred Clements