IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Richard Marshall, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:06-701-ID |
| | * | |
| Chris West; Lashun Hutson, | * | |
| | * | |
| Defendants. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Lashun Hutson, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This Defendant is an individual and has no reportable entities.

s/ Rick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant Lashun Hutson

OF COUNSEL:
*Nix Holtsford Gilliland, Higgins & Hitson, P.C.*
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by electronic means through the Court's electronic filing system, an exact copy of the foregoing document to:

Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

C. Richard Hill
WEBB & ELEY
P.O. Box 240909
Montgomery, AL 36124

This the 26th day of November, 2007.

s/ Rick A. Howard
OF COUNSEL