# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD MARSHALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 2:06-cv-701-ID-CSC** |
| | ) | |
| **CHRIS WEST, in his individual capacity,** | ) | |
| **LASHUN HUTSON, in his individual capacity** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** Plaintiff by and through his attorneys of record and would show the Court the following:

1.     On February 12, 2008, Defendants West and Hutson filed separate Motions for Summary Judgment with this Court.

2.     On February 13, 2008, this Court set February 27, 2008 as the deadline for responding to Defendants' Motions for Summary Judgment.

3.     In addition to other prior deadlines, Plaintiff's counsel is working on two appellee briefs due to the Eleventh Circuit on February 25, 2008.  Thus, Plaintiff's counsel needs additional time to respond to motions the motions filed by Defendants West and Hutson.

4.     Defendants do not oppose this motion.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff prays that this Court will grant this motion and will grant Plaintiff until March 12, 2008, to respond to Defendants' Motions for Summary Judgment.

RESPECTFULLY SUBMITTED this the 13th day of February, 2008.

**/s/ Fred Clements**
FRED CLEMENTS
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 13th day of February, 2008.

Daryl Masters
Gary Willford
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, AL 36124

Alex Holtsford, Jr.
Rick Howard
April McKay
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
fredclements@JayLewisLaw.com
ASB-5682-R39C