IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CV-701-ID |
| ) | |
| CHRIS WEST, in his individual ) | |
| capacity, LASHUN HUTSON, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's unopposed Motion for Enlargement of Time, filed on February 13, 2008 (Doc. 35), it is ORDERED that said Motion be and the same is hereby GRANTED to and including March 12, 2008. Defendants may file a reply on or before March 19, 2008.

Done this 14th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE