IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Case No. 2:06-cv-701-ID-CSC |
| | * |
| **CHRIS WEST, in his individual capacity,** | * |
| **LASHUN HUTSON, in his individual capacity** | * |
| | * |
| Defendants. | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COME NOW the parties, by and through counsel and report to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has conferred with counsel for Defendants regarding the possibility of settling this case. At this point, the parties will wait until after this Court issues its Order on Defendants' requests for summary judgment before further discussing the possibility of settlement. The parties do not believe that mediation will assist them in resolving this case at this time.

RESPECTFULLY SUBMITTED on this the 5th day of March, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
FredClements@JayLewisLaw.com
ASB-5682-R39C

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel, or by hand delivery, or by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 5th day of March, 2008.

Gary Willford  
Daryl Masters  
Webb & Eley  
P.O. Box 240909  
Montgomery, AL 36124  

Rick Howard  
Alex Holtsford  
April McKay  
Nix Holtsford Gilliland Higgins & Hitson  
P.O. Box 4128  
Montgomery, AL 36103-4128  

    /s/ FRED CLEMENTS  
    Fred Clements  
    Law Offices of Jay Lewis, LLC  
    P.O. Box 5059  
    Montgomery, AL 36103  
    (334) 263-7733 (Voice)  
    (334) 832-4390 (Fax)  
    FredClements@JayLewisLaw.com  
    ASB-5682-R39C