IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD MARSHALL, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-cv-701-ID-WO |
| | * | |
| CHRIS WEST, in his individual capacity, | * | |
| LASHUN HUTSON, in his individual capacity | * | |
| Defendants. | * | |

## MOTION TO CONTINUE TRIAL

COMES NOW Plaintiff Richard Marshall, by and through his attorney, to move the Court to continue the trial of this cause until a later term of court and, as grounds, would show the Court as follows:

1. The undersigned counsel for Plaintiff is representing defendant Winston Brent Springford, Jr., in a five-count capital murder case arising from the 2004 deaths of his parents.

2. The case number is CC-2006-1821, et seq., and is being tried by the Honorable William Shashy of the Fifteenth Judicial Circuit of Alabama.

3. The said case is being tried in Jefferson County, Alabama, and is presently set to start on June 23, 2008, the same day as this Court has set the trial of the instant matter.

4. The Springford trial is expected to last between three and four weeks.

5. Counsel has present plans to be out of the United States for all or a large part of September, 2008.

6. Counsel has conferred with counsel representing the defendants in this case, and they have authorized the undersigned to represent that they have no objection to a continuance.

WHEREFORE, the premises considered, Plaintiff prays that the Court will continue the

trial of this cause to a trial term in October or later.

      RESPECTFULLY SUBMITTED on this the __12__ day of May, 2008.

/s/ Jay Lewis  
JAY LEWIS, ASB-2014-E66J  
LAW OFFICES OF JAY LEWIS, LLC  
P.O. Box 5059  
Montgomery, AL 36103  
(334) 263-7733 (Voice)  
(334) 832-4390 (Fax)  
j-lewis@jaylewislaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this __12__ day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alex Holtsford  
Rick Howard  
Daryl Masters  
April McKay  
GaryWillford

/s/ Jay Lewis  
JAY LEWIS, ASB-2014-E66J  
LAW OFFICES OF JAY LEWIS, LLC  
P.O. Box 5059  
Montgomery, AL 36103  
(334) 263-7733 (Voice)  
(334) 832-4390 (Fax)  
j-lewis@jaylewislaw.com