## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | **)** |
| | **)** |
|     **Plaintiff,** | **)** |
| | **) CIV. ACT. NO. 2:06cv701-ID** |
| **v.** | **)** |
| | **)** |
| **CHRIS WEST, et al.,** | **)** |
| | **)** |
|     **Defendants.** | **)** |

### ORDER

Upon CONSIDERATION of Plaintiff's unopposed motion to amend complaint, it

is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 14th day of May, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE