IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIV. ACT. NO. 2:06cv701-ID |
| v. | ) |
| | ) |
| CHRIS WEST, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the unopposed Motion to Continue Trial (Doc. No. 42), filed May 12, 2008, and for good cause shown, it is ORDERED that the trial of this cause, presently set on June 23, 2008, be and the same is hereby CONTINUED to the term of court commencing on October 20, 2008, in Montgomery, Alabama.

It is further CONSIDERED and ORDERED that the pretrial hearing of this cause, presently set on May 20, 2008, is hereby CANCELLED and CONTINUED until further order of the court.

The deadlines in sections 9, 10, 11, 13 and 14 of the Uniform Scheduling Order (Doc. No. 22) are adjusted to conform with the new trial date. Otherwise, the deadlines in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 19th day of May, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE