**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **RICHARD MARSHALL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 2:06-cv-701-ID-CSC** |
| ) | |
| **CHRIS WEST, in his individual capacity,** ) | |
| **LASHUN HUTSON, in his individual** ) | |
| **capacity** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO CONTINUE

COMES NOW the Defendant, Chris West, and moves the Court for an Order continuing the October 20, 2008 trial date. As grounds therefore, the Defendant states as follows:

1. This matter was originally set for trial on June 23, 2008.

2. The Plaintiff moved to continue the trial because his counsel had a conflict with another trial set for the same date.

3. The Court granted the motion and subsequently set a new trial date of October 20, 2008.

4. However, both of the Defendant's attorneys of record have conflicts with the new trial date. Specifically, Mr. Masters has a long scheduled vacation the week of October 20th, and Mr. Willford has a week long training course the week prior that will make trial preparation impossible.

5. The undersigned has consulted with the Plaintiff's attorney and can report to the Court that the Plaintiff has no objection to this motion.

WHEREFORE, the Defendant requests that the Court continue the current trial setting to the Court's next available trial setting.

Respectfully submitted this the 10th day of June, 2008.

        **s/Gary L. Willford, Jr.**
        DARYL L. MASTERS Bar No. MAS018
        GARY L. WILLFORD, JR. – Bar No. WIL198
        Attorneys for Defendant Chris West
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        P.O. Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 10, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jay Lewis, Esq., Fred Clements, Esq., Rick Howard, Esq.**

        s/Gary L. Willford, Jr.
        OF COUNSEL