IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RICHARD MARSHALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIV. ACT. NO. 2:06cv701-ID |
| v. | ) |
| | ) |
| **CHRIS WEST, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of the unopposed Motion to Continue (Doc. No. 50), and for good cause shown, it is ORDERED that the trial of this cause, presently set on October 20, 2008, be and the same is hereby CONTINUED to the term of court commencing on December 1, 2008, in Montgomery, Alabama.

The deadlines in sections 9, 10, 11, 13 and 14 of the Uniform Scheduling Order (Doc. No. 22) are adjusted to conform with the new trial date.  Otherwise, the deadlines in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 16th day of July, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE