IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD MARSHALL,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-cv-701-ID-CSC |
| | * | |
| **CHRIS WEST, in his individual capacity,** | * | |
| **LASHUN HUTSON, in his individual capacity** | * | |
| | * | |
| Defendants. | | |

## MOTION TO WITHDRAW

**COMES NOW** Fred Clements, co-counsel for Plaintiff, to respectfully request that the Court allow him to withdraw from this case and would show unto the Court as follows:

1. As of August 29, 2008, Fred Clements will no longer be associated with the Law Offices of Jay Lewis, LLC.

2. Plaintiff will not be prejudiced or placed in a hardship upon the granting of said motion.

3. Attorney Jay Lewis of the Law Offices of Jay Lewis, LLC, will continue as counsel for Plaintiffs.

WHEREFORE THESE PREMISES CONSIDERED, the undersigned co-counsel for Plaintiffs prays that this Court will grant his motion to withdraw from the case.

RESPECTFULLY SUBMITTED on this the 22nd day of August, 2008.

/s/ FRED CLEMENTS
Fred Clements
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)

        FredClements@JayLewisLaw.com
        ASB-5682-R39C

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Gary Willford | Rick Howard |
| Daryl Masters | Alex Holtsford |
| Webb & Eley | April McKay |
| P.O. Box 240909 | Nix Holtsford Gilliland Higgins & Hitson |
| Montgomery, AL 36124 | P.O. Box 4128 |
| | Montgomery, AL 36103-4128 |

        /s/ FRED CLEMENTS
        Fred Clements
        Law Offices of Jay Lewis, LLC
        P.O. Box 5059
        Montgomery, AL 36103
        (334) 263-7733 (Voice)
        (334) 832-4390 (Fax)
        FredClements@JayLewisLaw.com
        ASB-5682-R39C