IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-CV-701-ID |
| | ) | |
| CHRIS WEST, in his individual | ) | |
| capacity, and LASHUN HUTSON, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon CONSIDERATION of the Motion to Withdraw (Doc. No. 98, filed August 22, 2008), in which Fred Clements, Esquire, moves to withdraw as co-counsel for Plaintiff Richard Marshall, and for good cause shown, it is ORDERED that said Motion be and the same is hereby GRANTED.

DONE this 26th day of August, 2008.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE